**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERYL D. MALDONADO, | Case No. EDCV 13-01062 SS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br>Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.


DATED:  September 26, 2014

                                         /S/
                                SUZANNE H. SEGAL
                                UNITED STATES MAGISTRATE JUDGE